DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TERRENCE H. DIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1321

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen and Jalal Harb, Judges.

Terrence H. Dixon, pro se.

PER CURIAM.

     Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.